## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DR. G. NEIL GARRETT, DDS, P.C., on behalf of itself and a class, | ) ) ) | |
| Plaintiff, | ) ) | 12 CV 6251 |
| v. | ) ) ) | Honorable Judge Gottschall |
| SUNI MEDICAL IMAGING, INC., and JOHN DOES 1-10, | ) ) ) | Magistrate Judge Kim |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action, including the claims of Plaintiff G. Neil Garrett, with prejudice and with each party to bear its own costs. This dismissal does not in any way affect the claims of the putative class in this action, which shall be dismissed without prejudice.

Respectfully submitted,

**PLAINTIFF**

**DR. G. NEIL GARRETT, DDS, P.C.**

s/ Dulijaza Clark
By one of its attorneys
Daniel Edelman
Dulijaza (Julie) Clark
Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St., 18th Fl.
Chicago, IL 60603
312-739-4200

**DEFENDANT**

**SUNI MEDICAL IMAGING, INC.**

s/ William C. O'Neil
By one of its attorneys
William C. O'Neil
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601-9703
312-558-5700

## **CERTIFICATE OF SERVICE**

I, Dulijaza Clark, certify that on October 11, 2012, I caused a true and accurate copy of the foregoing document to be sent via the Court's CM/ECF system to the party listed below:

>William C. O'Neil
>Winston & Strawn LLP
>35 W. Wacker Dr.
>Chicago, IL 60601
>woneil@winston.com

    s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)