# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Dr. G. Neil Garrett, DDS, PC.

                              Plaintiff,

v.                                                  Case No.: 1:12−cv−06251
                                                  Honorable Joan B. Gottschall

Suni Medical Imaging, Inc., et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, October 12, 2012:

      MINUTE entry before Honorable Joan B. Gottschall: Pursuant to Stipulation to Dismiss [25], this action is dismissed with prejudice and with each party to bear its own costs. This dismissal does not in any way affect the claims of the putative class in this action, which shall be dismissed without prejudice. All pending dates and/or motions are terminated as moot. Civil case terminated. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.